UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORASIO ROMERO, an individual<br>Plaintiff,<br>v.<br>GENERAL MOTORS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br>Defendant. | Case No. 1:26-CV-05783-KES-FJS<br>ORDER CONTINUING SCHEDULING CONFERENCE |

Due to the pending motion to remand (ECF No. 4) the scheduling conference currently set for December 2, 2026, is HEREBY CONTINUED to February 23, 2027, at 9:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **November 3, 2026**

UNITED STATES MAGISTRATE JUDGE